People v Gadson (2025 NY Slip Op 50199(U))

[*1]

People v Gadson (Eric)

2025 NY Slip Op 50199(U)

Decided on February 18, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 18, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., James, Perez, JJ.

570990/18

The People of the State of New York, Respondent,
against
Eric Gadson, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Laurie Peterson, J.), rendered September 26, 2018, after a nonjury trial, convicting him of attempted assault in the third degree and harassment in the second degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered September 26, 2018, affirmed.
The verdict convicting defendant of attempted assault in the third degree (see Penal Law §§ 110.00, 120.00 [1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The totality of the evidence regarding events before, during and after the crime, supports the conclusion that defendant struck the victim in the face with a closed fist, and that when defendant did so, he intended to cause physical injury (see Matter of Edward H., 61 AD3d 473 [2009]; Matter of Marcel F., 233 AD2d 442, 442-443 [1996]). A defendant may be presumed to intend the natural and probable consequences of his actions, and intent may be inferred from the totality of conduct of the accused (see People v Mahoney, 6 AD3d 1104 [2004], lv denied 3 NY3d 660 [2004]; see generally People v Getch, 50 NY2d 456, 465 [1980]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 18, 2025